IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BUDDY P. KAMAKEEAINA, #A0235486, | ) ) ) | CV 11-00770 SOM-RLP |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| CITY AND COUNTY OF HONOLULU; ET AL., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 15, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Motions to Strike Defendants' Answers " are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 4, 2013.



    /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge